## 7N THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NICHOLAS THEODORE COLYER, | : | Civil No. 1:20-CV-02130 |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| JOHN WETZEL, *et al.,* | : | |
| | : | |
| Respondents. | : | Judge Jennifer P. Wilson |

## <u>ORDER</u>

**AND NOW**, on this 7th day of January, 2021, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is DISMISSED WITHOUT PREJUDICE.

2. There is no basis for the issuance of a certificate of appealability in this matter. *See* 28 U.S.C. § 2253(c).

3. The Clerk of Court shall **CLOSE** this case.

<u>s/Jennifer P. Wilson</u>
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania